UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(WORCESTER)

*FILED
IN CLERK'S OFFICE
2004 FEB 17 P 1:30
U.S. BANKRUPTCY COURT
WORCESTER, MA*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*)
)
In re:                                                    )           Chapter 11
)
CADKEY CORPORATION,                       )           Case No. 03-44906-HJB
)
Debtor                                          )
)
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*)

## NOTICE OF APPEAL

To the Honorable Henry J. Boroff, Unites States Bankruptcy Judge:

Pursuant to Federal Bankruptcy Rule 8001, notice is hereby given that Micro Control Systems, Inc, a secured creditor in the above-captioned bankruptcy proceedings, hereby appeals to the United States District Court from the order of the Bankruptcy Court dated February 12, 2004 denying the:

> FINAL APPLICATION FOR APPROVAL OF
> REIMBURSEMENT OF FEES AND COSTS DUE THE
> SECURED CREDITOR MICRO CONTRL SYSTEMS, INC

The names and addresses of the parties to the order appealed from and their respective counsel are as follows:

| Party | Counsel |
|---|---|
| Debtor – Cadkey Corp. | James Wilton, Esq.<br>Ropes and Gray, LLP<br>One International Place<br>Boston, MA 02110 |
| Official Committee of Unsecured Creditors | Michael J. Goldberg, Esq.<br>Sherin and Lodgen LLP<br>100 Summer Street<br>Boston, MA 02110 |

A Notice of Election as required by Bankruptcy Rule 8001(e) is filed this day.

Respectfully submitted the 13 day of February 2004.

                                      Micro Control Systems, Inc.
                                      By its attorney

                                      Livingston Davies
                                      BBO# 655443
                                      P.O. Box 367
                                      Duxbury, MA 02331
                                      Tel: 781-934-6420
                                      Fax: 781-934-6310

# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re: CADKEY Corporation

Case Number: 03-44906, Ch: 11

**MOVANT/APPLICANT/PARTIES:**

#209 APPLICATION of Micro Control Systems, Inc. for Approval of Reimbursement of fees and costs due
OBJECTION by Debtor and Creditors Committee
Livingston Davies, Esq.
James M. Wilton, Esq.
Michael J. Goldberg, Esq.

**OUTCOME:**

____Granted ____Denied ____Approved ____Sustained
____Denied ____Denied without prejudice ____Withdrawn in open court ____Overruled
____OSC enforced/released
____Continued to:_____
____Formal order/stipulation to be submitted by:_____ For:_____
____Findings and conclusions dictated at close of hearing incorporated by reference
____Taken under advisement: Brief(s) due_____ Date due:_____
                              Response(s) due_____ From_____
____Fees allowed in the amount of: $_____ From_____
____No appearance/response by:_____ Expenses of: $_____
✓ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

DENIED.

IT IS SO NOTED:

_____
Courtroom Deputy

IT IS SO ORDERED:

_____ Dated: 02/12/2004
Henry J. Boroff, U.S. Bankruptcy Judge