UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: Cadkey Corp.,

BANKRUPTCY APPEAL

CIVIL ACTION NO.-04-40045

O R D E R

GORTON, D. J.

A Notice of Appeal of a decision of the Bankruptcy Court and the Record on Appeal having been filed in the above-entitled action on   4/2/04 ,

IT IS HEREBY ORDERED that the Appellant's brief shall be filed on or before   4/19/04   and the Appellee's brief shall be filed on or before   5/3/04  . The Appellant may file and serve a reply brief on or before   5/12/04  .

Failure of the Appellant to file a brief on the date set forth above will result in the entry of an Order dismissing the appeal. Failure of the Appellee to file a brief may result in a decision by the Court without further opportunity for presentation of arguments by the Appellee.

By the Court,

| 4/2/04 | /s/ Martin Castles |
|---|---|
| Date | Deputy Clerk |

(Bkappeal.ord - 09/92)                                                                                                       [bro.]