UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re: CADKEY Corporation

Chapter 11
Bankruptcy Case 03-44906
Judge Henry J. Boroff

FILED
IN CLERK'S OFFICE
2004 APR -7 A 10: 21
U.S. DISTRICT COURT
DISTRICT OF MASS.

## CLERK'S CERTIFICATION FOR TRANSMITTAL OF RECORD ON APPEAL

I, JAMES M. LYNCH, Clerk of the United States Bankruptcy Court for the District of Massachusetts, do hereby certify that the annexed documents are copies of the original papers as described in the accompanying Designation of Record and constitute the Record on Appeal in the case entitled and numbered **03-44906 Cadkey Corporation- Addendum to Record on Appeal (Transcripts)**.

IN TESTIMONY WHEREOF, I HEREUNTO SET MY HAND AND AFFIX THE SEAL OF THIS COURT, AT WORCESTER, IN THE DISTRICT OF MASSACHUSETTS, THIS 7th DAY OF APRIL.

Date: 4/7/04

James M. Lynch
Clerk, U.S. Bankruptcy Court



By the Court,

Yingmay Steele

Deputy Clerk
(508) 770-8963

Receipt of the documents in the above-entitled case as described in the Designation of Record is hereby acknowledged this _7_ day of _April_____, 2004.

This case has been assigned No. _04-40045_

Kathy Hassett
DEPUTY CLERK