UNITED STATES COURT FOR THE
DISTRICT OF MASSACHUSETTS

4:04-CV-40045 NMG

_____

MICRO CONTROL SYSTEMS, INC.

Appellant

v.

CADKEY CORPORATION

Appellee
_____

On Appeal from the United States Bankruptcy Court
Western District of Massachusetts

_____

APPELLANT'S OPENING BRIEF

_____

UNITED STATES COURT FOR THE
DISTRICT OF MASSACHUSETTS

4:04-CV-40045 NMG

_____

MICRO CONTROL SYSTEMS, INC.
Appellant

v.

CADKEY CORPORATION
Appellee

_____

On Appeal from the United States Bankruptcy Court
Western District of Massachusetts
_____

CERTIFICATE OF SERVICE
_____

    I certify that I served today a copy of the APPELLANT'S OPENING BRIEF by U.S. Mail, postage prepaid to the following:

| | |
|---|---|
| Trustee | John A. Burdick<br>340 Main Street<br>Worcester, MA 01608 |
| Cadkey Corp | James M. Wilton<br>Ropes & Gray<br>One International Place<br>Boston, MA 02110 |
| Official Committee of Unsecured Creditors | Michael J. Goldberg<br>Sherin & Lodgen LLP<br>100 Summer Street<br>Boston, MA 02110 |

/Livingston Davies/_____
Livingston Davies, BBO# 655443
P.O.Box 367
Duxbury, MA 02331
781.934.6420

## Table of Contents

Certificate of Service

Table of Authorities

Statement of Related Cases:   There are no related U.S. cases.

| | | |
|---|---|---|
| I. | STATEMENT OF THE ISSUES …………………….. | 1 |
| II. | STATEMENT OF THE CASE ……………………. | 1 |
| III. | STATEMENT OF FACTS …………………………. | 2 |
| IV. | SUMMARY OF THE ARGUMENT ………………. | 6 |
| V. | ARGUMENT …………………………………………. | 7 |
| VI. | CONCLUSION ……………………………………… | 20 |

Addendum

**Table of Authorities**

**Cases**

*Kord Enters. II v. California Commerce Bank (In re Kord Enters. II)*, 139 F.3d 684, 687 (9th Cir. 1998).        8, 9, 10

*First W. Bank & Trust v. Drewes (In re Schriock Constr., Inc.)*, 104 F.3d 200, 201 (8th Cir. 1997).        10

*United Savings Association v. Timbers of Inwood Forest Associates, Ltd.*, 484 U.S. 365, 372.        10

*Linsenmeyer v. United States (In re Linsenmeyer)*, 2003 U.S. App. Lexis 23635, 5 (6th Cir. 2003)        11

*Hillis Motors, Inc. v. Haw. Auto. Dealers' Ass'n*, 997 F.2d 581, 588 (9th Cir. 1993)        11

*In re DP Partners*, 106 F3d 667 (5th Cir, 1997)        19

*In re Celotex Corp.*, 227 F.3rd 1336 (11th Cir. 2000)        19

**Statutes**

Bankruptcy Code §506        1, 6, 8, 9, 14, 17
Bankruptcy Code §503        1, 7, 14, 18, 19