

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

In Re:   CADKEY Corporation

Chapter
Bankruptcy Case 03-44906
Judge Henry J. Boroff

2004 APR 23  P 3: 07

### CLERK'S CERTIFICATION FOR TRANSMITTAL
### OF RECORD ON APPEAL

I, JAMES M. LYNCH, Clerk of the United States Bankruptcy Court for the District of Massachusetts, do hereby certify that the annexed documents are copies of the original papers as described in the accompanying Designation of Record and constitute the Record on Appeal in the case entitled and numbered **03-44906 Cadkey Corporation. Transcripts Referenced in Appellee's Record (#273).** .

IN TESTIMONY WHEREOF, I HEREUNTO SET MY HAND AND AFFIX THE SEAL OF THIS COURT, AT WORCESTER , IN THE DISTRICT OF MASSACHUSETTS, THIS 23rd DAY OF APRIL .

Date: 4/23/04

James M. Lynch
Clerk, U.S. Bankruptcy Court



By the Court,

<u>Yingmay Steele</u>

Deputy Clerk
(508) 770- 8963

---

Receipt of the documents in the above-entitled case as described in the Designation of Record is hereby acknowledged this 23 day of April                                                    , 2004 .

This case has been assigned No._____.

_____
DEPUTY CLERK