# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

IN RE CADKEY CORPORATION

    Debtor,

<u>Micro Control Systems, Inc.,</u>
        Appellant,

    V.

<u>Cadkey Corporation,</u>
        Appellee

CIVIL ACTION

NO.   <u>04-40045-NMG</u>

## ORDER OF DISMISSAL

<u>GORTON</u>     D. J.

    In accordance with the Court's Memorandum and Order dated <u>3/31/05</u> <u>      </u> affirming the decision of the Bankruptcy Court, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                                                  By the Court,

<u>  3/31/05  </u>                                        <u>/s/ Craig J. Nicewicz</u>
        Date                                          Deputy Clerk