UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(WORCESTER)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*)
                                      )
In re:                                )   Bankruptcy Appeal No.
                                      )
CADKEY CORPORATION,                   )   04-40045-NMG
                                      )
    Debtor                            )
                                      )
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF APPEAL

To the Honorable Nathan M. Gorton, Unites States District Judge:

Notice is hereby given that Micro Control Systems, Inc, a secured creditor in the above-captioned bankruptcy proceedings, hereby appeals to the United States First Circuit Court of Appeals from the order of the District Court dated March 31, 2005 affirming the order of the Bankruptcy Court denying:

> FINAL APPLICATION FOR APPROVAL OF
> REIMBURSEMENT OF FEES AND COSTS DUE THE
> SECURED CREDITOR MICRO CONTRL SYSTEMS, INC

The names and addresses of the parties to the order appealed from and their respective counsel are as follows:

| **Party** | **Counsel** |
|---|---|
| Debtor – Cadkey Corp. | James Wilton, Esq.<br>Ropes and Gray, LLP<br>One International Place<br>Boston, MA 02110 |
| Official Committee of Unsecured Creditors | Michael J. Goldberg, Esq.<br>Sherin and Lodgen LLP<br>100 Summer Street<br>Boston, MA 02110 |

FILING FEE PAID:
RECEIPT # 70433
AMOUNT $ 255.00
BY DPTY CLK
DATE 4-14-05

Micro Control Systems, Inc.
By its attorney

*(signature)*

Livingston Davies
BBO# 655443
P.O. Box 367
Duxbury, MA 02331
Tel: 781-934-6420
Fax: 781-934-6310