## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-40045

Micro Control Systems, Inc.,

v.

Cadkey Corporation

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are copies of the original electronic pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 4/14/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 17, 2005.

Sarah A Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 8/18/05

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL

# United States District Court
## District of Massachusetts (Worcester)
## CIVIL DOCKET FOR CASE #: 4:04-cv-40045-NMG

| | |
|---|---|
| In Re: Cadkey Corporation | Date Filed: 04/02/2004 |
| Assigned to: Judge Nathaniel M. Gorton | Jury Demand: None |
| Related Cases: 4:04-cv-40208-NMG | Nature of Suit: 422 |
|                 4:05-cv-40062-NMG | Bankruptcy Appeal (801) |
| Cause: 28:0158 Notice of Appeal re Bankruptcy Matter (BA | Jurisdiction: Federal Question |

### In Re

**Debtor Cadkey Corporation** represented by **James M. Wilton**
*Debtor*                                                        Ropes & Gray
One International Place
Boston, MA 02110-2624
617-951-7000
Fax: 617-951-7050
Email: jwilton@ropesgray.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Appellant

**Micro Control Systems, Inc** represented by **Livingston Davies**
P.O. Box 367
Duxbury, MA 02331
781-934-6420
Fax: 781-934-6310
Email: Livingston@flyingcloud.com
*LEAD ATTORNEY*
*ATTORNEY TO BE*

*NOTICED*

V.

**Appellee**

**Debtor Cadkey Corporation**  represented by **James M. Wilton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Appellee**

**Official Committee of Unsecured Creditors**  represented by **Michael J. Goldberg**
Cohn Whitesell & Goldberg LLP
101 Arch Street
Suite 1605
Boston, MA 02110
617-951-2505
Fax: 617-951-0679
Email: goldberg@cwg11.com

*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Notice**

**United States Bankruptcy Court**  represented by **United States Bankruptcy Court**
595 Main Street
Worcester, MA 01608
508-770-8900
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
|  |  |  |

| 04/02/2004 | 1 | Notice of APPEAL FROM BANKRUPTCY COURT. Bankruptcy Court case number 03-44906. File received, filed by Micro Control Systems, Inc. (Hassett, Kathy) (Entered: 04/02/2004) |
|---|---|---|
| 04/02/2004 | 2 | Bankruptcy Scheduling Order Appellant Brief due by 4/19/2004. Appellee Brief due by 5/3/2004. Appellant Reply Brief due by 5/12/2004. (cc/cl)(Castles, Martin) (Entered: 04/02/2004) |
| 04/07/2004 | 3 | ADDENDUM to Record on Appeal (TRANSCRIPTS) received from Bankruptcy. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Hassett, Kathy) (Entered: 04/07/2004) |
| 04/19/2004 | 4 | BRIEF by Micro Control Systems, Inc, c/s. (Attachments: # 1)(Hassett, Kathy) Additional attachment(s) added on 4/20/2004 (Hassett, Kathy). (Entered: 04/19/2004) |
| 04/23/2004 | 5 | NOTICE of transmittal of records on appeal by United States Bankruptcy Court. (Jones, Sherry) (Entered: 04/23/2004) |
| 05/03/2004 | 6 | BRIEF by Cadkey Corporation. (Attachments: # 1 Appendix Volumes I-IV)(Hassett, Kathy) (Entered: 05/03/2004) |
| 03/31/2005 | 7 | Judge Nathaniel M. Gorton : Electronic ORDER entered. MEMORANDUM AND ORDER. In accordance with the foregoing, the Bankruptcy Court's denial of appellant's Motion for Reimbursement is AFFIRMED and this appeal is DISMISSED. So ordered.(Nicewicz, Craig) (Entered: 03/31/2005) |
| 03/31/2005 | 8 | Judge Nathaniel M. Gorton : Electronic ORDER entered. ORDER DISMISSING CASE(Nicewicz, Craig) (Entered: 03/31/2005) |

| 04/14/2005 |  9 | NOTICE OF APPEAL as to 7 Memorandum & ORDER, by Micro Control Systems, Inc. $ 255, receipt number 404553 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 5/4/2005. (Hassett, Kathy) (Entered: 04/14/2005) |
|---|---|---|