# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 05-2257

IN RE: CADKEY CORPORATION

Debtor

MICRO CONTROL SYSTEMS, INC.

Plaintiff - Appellant

v.

OFFICIAL COMMITTEE OF UNSECURED CREDITORS;
CADKEY CORPORATION

Defendants - Appellees

### JUDGMENT

**Entered: January 4, 2006**

Upon consideration of stipulation,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 1/4/06

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER

By: _____
Chief Deputy Clerk

[cc: James Wilton, Livingston Davies, Esq., Michael Goldberg, Esq., Christopher Candon, Esq.]